

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00127-CV

MAMM PUBLISHING, INC. AND                                          APPELLANTS
BEVERLY ANN GARVIN,
INDIVIDUALLY AND D/B/A
DENTON LIFESTYLES

V.

MEISSNER PUBLISHING, LTD.,                                          APPELLEES
HAROLD MEISSNER, LISA
MEISSNER, AND MINDY BRUCE

----------

### FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On March 30, 2012, Appellants Mamm Publishing, Inc. and Beverly Ann

Garvin, individually and d/b/a Denton Lifestyles, filed a restricted appeal from a

---

[1]*See* Tex. R. App. P. 47.4.

default judgment.[2]  However, the trial court's final judgment recites that Mamm Publishing appeared at the hearing through its attorney.

On April 4, 2012, we notified the parties that we were concerned that we did not have jurisdiction over Mamm Publishing's appeal because its notice of appeal was not timely filed, and, unlike Garvin, Mamm Publishing did not appear to meet the requirements for a restricted appeal.[3]  We informed the parties that unless Mamm Publishing or any party desiring to continue the appeal of Mamm Publishing filed with this court, on or before April 16, 2012, a response showing grounds for continuing the appeal, the appeal of Mamm Publishing was subject to dismissal for want of jurisdiction.[4]

We received responses from Mamm Publishing, Garvin, and Appellees. The parties acknowledge that Mamm Publishing does not meet the requirements for a restricted appeal.  Because Mamm Publishing does not meet the requirements for a restricted appeal, its notice of appeal was untimely.[5] Additionally, Mamm Publishing asks that its appeal be dismissed.  Accordingly, we dismiss the appeal as to Mamm Publishing for want of jurisdiction.[6]

---

[2]*See* Tex. R. App. P. 30.

[3]*See* Tex. R. App. P. 26.1(c), 30.

[4]*See* Tex. R. App. P. 42.3(a), 44.3.

[5]*See* Tex. R. App. P. 26.1.

[6]*See* Tex. R. App. P. 42.3(a), 43.2(f).

2

Garvin's restricted appeal shall continue.  The case shall hereafter be styled "Beverly Ann Garvin, Individually and d/b/a Denton Lifestyles v. Meissner Publishing, Ltd., Harold Meissner, Lisa Meissner, and Mindy Bruce."

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  May 17, 2012